HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
OMAR NOUAYDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00081-MJS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE INITIAL APPEARNCE |
| v. | Date:  December 6, 2016 |
| OMAR NOUAYDI, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C. ALLISON attorney for defendant OMAR NOUAYDI, that the Court continue the initial appearance set for November 15, 2016 to December 6, 2016 at 10:00 a.m.

DATED: November 10, 2016                    Respectfully submitted,

                                            HEATHER WILLIAMS
                                            Federal Defender

                                            /s/Linda Allison
                                            LINDA ALLISON
                                            Chief Assistant to the Federal Defender
                                            Attorneys for Defendant
                                            OMAR NOUAYDI

/ / /

/ / /

Dated:  November  10, 2016

                                              */s/ Susan St. Vincent*
                                              SUSAN ST. VINCENT
                                              Legal Officer

## **ORDER**

It is hereby ordered that the November 15, 2016 initial appearance be continued to December 6, 2016, at 10:00 a.m. in case number 6:16-mj-00081-MLS, *United States v. Nouaydi*.

IT IS SO ORDERED.

Dated:   November 15, 2016      /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE